UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MONIQUE M. BELCHER;<br>MADGE P. BRYAN & EDGAR BRYAN;<br>SONIA JOSEPH; DEBRA JENKINS,<br>　　PLAINTIFFS,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>　　DEFENDANT. | )<br>) CASE NO:<br>)<br>)<br>) COMPLAINT<br>)<br>)<br>) JURY TRIAL<br>) DEMANDED<br>)<br>)<br>)<br>) February 6, 2006<br>)<br>) |

## INTRODUCTION

1. This is a suit brought by five consumers residing in Connecticut who collectively entered into four mortgage loans with the defendant, Ameriquest Mortgage Company. The plaintiffs claim that Ameriquest violated the federal Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 *et seq.*, and the Connecticut Truth-in-Lending Act, Conn. Gen. Stat. § 36a-676 *et seq.*, in each of their transactions by failing to provide them with proper notification of their right to rescind their mortgages as required by TILA.

2. The plaintiffs are all consumers residing in Connecticut who refinanced their home mortgages with the defendant.

3. Ameriquest Mortgage Company, is a foreign corporation with a primary place of business in Orange, California.

## JURISDICTION

4. Jurisdiction in this court is proper pursuant to 15 U.S.C. §1640(e), 28 U.S.C. §§ 1331 and 1332.

5. This court has jurisdiction over the defendant because it regularly conducts business in this state.

6. Venue in this court is proper, as the plaintiffs are all residents of Connecticut and the action concerns real property located in this state.

## FIRST COUNT
## (MONIQUE M. BELCHER)

7. On or about September 13, 2004 Monique M. Belcher entered into a loan agreement with the defendant and provided a mortgage on her residence to secure the indebtedness.

8. A portion of the proceeds of the mortgage loan went towards the pay-off of the existing mortgage on the residence.

9. This consumer credit transaction was subject to the right of rescission as described by C.G.S. § 36a-683, 15 U.S.C. § 1635 and Reg. Z § 226.23 (12 C.F.R. § 226.23).

10. In the course of this consumer credit transaction, Defendant violated C.G.S. § 36a-683, 15 U.S.C. § 1635(a) and Reg. Z. § 226.23(b) by failing to deliver to this plaintiff two copies of a notice of the right to cancel that clearly and conspicuously disclosed the date the rescission period expired.

11. As a result of the aforesaid violations of TILA and Reg. Z., pursuant to 15 U.S.C. § 1640(a), Defendant is liable for statutory damages of $2,000.00 plus attorneys' fees.

## SECOND COUNT
## (MADGE P. BRYAN & EDGAR BRYAN)

12. On or about August 4, 2004 Madge P. Bryan & Edgar Bryan entered into a loan agreement with the defendant and provided a mortgage on their residence to secure the indebtedness.

13. A portion of the proceeds of the mortgage loan went towards the pay-off of the existing mortgage on the residence.

14. This consumer credit transaction was subject to the right of rescission as described by C.G.S. § 36a-683, 15 U.S.C. § 1635 and Reg. Z § 226.23 (12 C.F.R. § 226.23).

15. In the course of this consumer credit transaction, Defendant violated C.G.S. § 36a-683, 15 U.S.C. § 1635(a) and Reg. Z. § 226.23(b) by failing to deliver to each of the plaintiffs two copies of a notice of the right to cancel that clearly and conspicuously disclosed the date the rescission period expired.

16. As a result of the aforesaid violations of TILA and Reg. Z., pursuant to 15 U.S.C. § 1640(a), Defendant is liable for statutory damages of $2,000.00 plus attorneys' fees.

## THIRD COUNT
## (SONIA JOSEPH)

17. On or about August 19, 2004 Sonia Joseph entered into a loan agreement with the defendant and provided a mortgage on her residence to secure the indebtedness.

18. A portion of the proceeds of the mortgage loan went towards the pay-off of the existing mortgage on the residence.

19. This consumer credit transaction was subject to the right of rescission as described by C.G.S. § 36a-683, 15 U.S.C. § 1635 and Reg. Z § 226.23 (12 C.F.R. § 226.23).

20. In the course of this consumer credit transaction, Defendant violated C.G.S. § 36a-683, 15 U.S.C. § 1635(a) and Reg. Z. § 226.23(b) by failing to deliver to this plaintiff two copies of a notice of the right to cancel that clearly and conspicuously disclosed the date the rescission period expired.

21. As a result of the aforesaid violations of TILA and Reg. Z., pursuant to 15 U.S.C. § 1640(a), Defendant is liable for statutory damages of $2,000.00 plus attorneys' fees.

### FOURTH COUNT
### (DEBRA JENKINS)

22. On or about September 14, 2004 Debra Jenkins entered into a loan agreement with the defendant and provided a mortgage on her residence to secure the indebtedness.

23. A portion of the proceeds of the mortgage loan went towards the pay-off of the existing mortgage on the residence.

24. This consumer credit transaction was subject to the right of rescission as described by C.G.S. § 36a-683, 15 U.S.C. § 1635 and Reg. Z § 226.23 (12 C.F.R. § 226.23).

25. In the course of this consumer credit transaction, Defendant violated C.G.S. § 36a-683, 15 U.S.C. § 1635(a) and Reg. Z. § 226.23(b) by failing to deliver to this plaintiff two copies of a notice of the right to cancel that clearly and conspicuously disclosed the date the rescission period expired.

26. As a result of the aforesaid violations of TILA and Reg. Z., pursuant to C.G.S. § 36a-683, 15 U.S.C. § 1640(a), Defendant is liable for statutory damages of $2,000.00 plus attorneys' fees.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully pray that this Court:

1. Assume jurisdiction of this case;
2. Award each Plaintiff twice the finance charge in connection with this transaction, but not less than $200 or more than $2,000 as provided under 15 U.S.C. § 1640(a);
3. Award actual damages in an amount to be established at trial;
4. Award the Plaintiffs costs and a reasonable attorney fee as provided under 15 U.S.C. § 1640(a);
5. Award such other and further relief as the Court deems just and proper.

**THE PLAINTIFFS**,

By: \_\_/s/Daniel S. Blinn_____
Daniel S. Blinn, Fed. Bar No. ct02188
dblinn@consumerlawgroup.com
Sarah Poriss, Fed. Bar No. ct25559
sporiss@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408, Fax. (860) 571-7457