A CERTIFIED TRUE COPY

MAY 1 8 2006

ATTEST _Pauline Bain_
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**F I L E D**

MAY 2 4 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY – 2 2006

FILED
CLERK'S OFFICE

3:06 cv 195 (SRU)

*DOCKET NO. 1715*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

06 CV 3124

#### (SEE ATTACHED SCHEDULE)

#### CONDITIONAL TRANSFER ORDER (CTO-3)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 36 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, 408 F.Supp.2d 1354 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 1 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By: _R. Kelly Alonzo_
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 6-7-06

# SCHEDULE CTO-3 - TAG-ALONG ACTIONS
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

DIST. DIV. C.A. #                    CASE CAPTION

CONNECTICUT
  CT  3  06-182          Susan Fitzgerald, et al. v. Ameriquest Mortgage Co.
  CT  3  06-195          Monique M. Belcher, et al. v. Ameriquest Mortgage Co.  D6 CV 312-4
  CT  3  06-209          John W. Anderson, Jr., et al. v. Ameriquest Mortgage Co., et al.
  CT  3  06-384          John McCall, et al. v. Ameriquest Mortgage Co., et al.

FLORIDA MIDDLE
  FLM 8  06-477          Johnnie Faison v. Argent Mortgage Co., LLC

HAWAII
  HI  1  06-131          Leimana DaMate v. AMC Mortgage Services, Inc., et al.

NEW YORK EASTERN
  ~~NYE 1  05-4715~~          ~~Mary Overton v. Ameriquest Mortgage Co., et al.~~  Opposed 5/18/06